*Plaintiff's Copy*

```
FILED
DEC  3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
```

1  CHARLES WALTON F48589
2  AVENAL STATE PRISON
   PO BOX 8
3  AVENAL, CA 93204
4  pro se

6           UNITED STATES        DISTRICT COURT
7              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WALTON, Jr., et al., and all those similarly situated, Inmates at AVENAL STATE PRISON, Plaintiffs. VS. AVENAL STATE PRISON, et al., Defendants. | CASE NO. CV-07-5580-SBA(PR) MOTION FOR EXTENSION OF TIME OR ENLARGEMENT PURSUANT TO F.R. CIV. P. 6(b) AND MOTION FOR COURT ORDERED INMATES CERTIFIED TRUST ACCOUNT STATEMENTS |

1. Pursuant to F.R. CIV. P. 6(b), Plaintiff(s), in above entitled matter, are California State Prisoners, herein moves THIS HONORABLE COURT for an ORDER of EXTENSION of TIME to comply with December 1, 2007, Court Orders for an application to proceed in Forma Pauperis and a Certified Copy of Trust Account Statements.

2. Plaintiff(s) are California State Prisoners and are wholly dependent on Prison Officials for everything; even lifes necessities and are unable to do anything without them.

3. Plaintiff(s) have requested, in Motions to this court, orders for Certified copies of their Prison Trust Account Statements and Extension of Time.

4. Plaintiff(s) are unable to afford Counsel and they have requested leave to proceed in Forma Pauperis; that application is pending with this Court.

5. Prison Officials at Avenal State Prison on Three Yard are refusing to provide the Plaintiff(s) with their Certified Inmate Trust Account Statements.

6. WHEREFORE Plaintiff(s) pray that the Court will Grant this MOTION for Extension of Time and Issue an ORDER.

VERIFICATION

PURSUANT TO 28 U.S.C. §1746, I CHARLES WALTON UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

EXCUTED THIS TWENTY-SEVENTH DAY OF NOVEMBER, 2007 AT AVENAL STATE PRISON AT KING COUNTY

Respectfully Submitted

_____ F48589
CHARLES WALTON, et al.,
pro se

2 of 2    11-27-07

Charles Walton
Avenal State Prison
P.O. Box 8 350-2-340
Avenal, Ca 93204

Mr. M The Clerk U.S. Dis. Ct
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

LEGAL MAIL
NOV 30 2007
AVENAL STATE PRISON
MAILROOM

CONFIDENTIAL

AVENAL STATE PRISON
LEGAL MATERIAL