Charles Walton F48589
Avenal State Prison
PO Box 9
Avenal, Ca 93204

November 27, 2007

FILED

DEC - 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Office of the Clerk, U.S. Dis. Crt.
Northern District of California
450 Golden Gate Avenue
San Francisco, Ca 94102

Re: Obtaining a Copy of the Local Rules of Court and PLO Status

The Clerk

Please be advised and duly informed I am a California State Prisoner at Avenal State Prison at Kings County.

This letter is in regard to the above mentioned matters. I'm pushed for time so I'll make this brief, as possible.

First, on my behalf a Mattie L. Singo (my Mother) forwarded a self-stamped envelope to the Court (with my address here @ ASP) so that I could be sent the local Rules of Court.

It was the correct size with more than sufficient postage, a month ago.

It was mailed from 503 Chyrd Way, Suisun City, Ca 94585.

Are you able to track this request, from some-one else? If so, has it been mailed yet; if it has - when?

CV-07-5580-SBA(PR)

Last, how can I obtain court filing deadlines? So that I am able to obtain PLU status to get access to the Law Library?

Another matter in Case No. CV-07-03246-SBA; the Defendants have been served notice of complaint and summons in September and are well beyond the respond time.

Seeing how, I don't know what I haven't read and I've been transferred to another yard, away from all assistance and denied access to law library; What Do I Do, were do I go from here?

THANK YOU, for Your Time and Consideration.

Sincerely

Charles Walton F48589
Avenal State Prison
PO Box 8
Avenal, Ca 93204