FILED

07 DEC 11 PM 4:24

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  CHARLES WALTON, F48589
2  AVENAL STATE PRISON
3  P.O. BOX 8
4  AVENAL, CA 93204
5
6                                    E-filing
7
8              **UNITED STATES DISTRICT COURT**
9           **NORTHERN DISTRICT OF CALIFORNIA**
10  CHARLES  WALTON                    )    **CV 07    5580**
                        Plaintiff,     )
11                                     )    CASE NO. _____
12      vs.                            )    **PRISONER'S**
                                       )    **APPLICATION TO PROCEED SBA**
13  Avenal State Prison, et al., and all )  **IN FORMA PAUPERIS**
14  those similarly situated           )                        **(PR)**
                        Defendant.     )
15
16      I, _Charles E. Walton Jr._, declare, under penalty of perjury that I am the

17  plaintiff in the above entitled case and that the information I offer throughout this application

18  is true and correct. I offer this application in support of my request to proceed without being

19  required to prepay the full amount of fees, costs or give security. I state that because of my

20  poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21  entitled to relief.

22          In support of this application, I provide the following information:

23  1.      Are you presently employed?  Yes ____  No ✓

24  If your answer is "yes," state both your gross and net salary or wages per month, and give the

25  name and address of your employer:

26  Gross: __N/N__          Net: __N/N__

27  Employer: __N/N__

28  _____

1   If the answer is "no," state the date of last employment and the amount of the gross and net

2   salary and wages per month which you received.   (If you are imprisoned, specify the last

3   place of employment prior to imprisonment.)

4   *I've been in custody for the last two years, and I am*

5   *unable to recall my last place of employment prior to my*

6   *arrest.*

7   2.     Have you received, within the past twelve (12) months, any money from any of the

8   following sources:

9        a.     Business, Profession or                    Yes ____  No ✓

10              self employment

11       b.     Income from stocks, bonds,                  Yes ____  No ✓

12              or royalties?

13       c.     Rent payments?                              Yes ____  No ✓

14       d.     Pensions, annuities, or                     Yes ____  No ✓

15              life insurance payments?

16       e.     Federal or State welfare payments,          Yes ____  No ✓

17              Social Security or other govern-

18              ment source?

19   If the answer is "yes" to any of the above, describe each source of money and state the amount

20   received from each.

21   *N/A*

22

23   3.     Are you married?  *N/A*                         Yes ____  No ✓

24   Spouse's Full Name: *N/A*

25   Spouse's Place of Employment: *N/A*

26   Spouse's Monthly Salary, Wages or Income:

27   Gross $ *N/A*                    Net $ *N/A*

28   4.     a.     List amount you contribute to your spouse's support:$ *N/A*

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

*N/A*

5.  Do you own or are you buying a home?  Yes ____ No ✓

Estimated Market Value: $ *N/A*  Amount of Mortgage: $ *N/A*

6.  Do you own an automobile?  Yes ____ No ✓

Make *N/A*  Year *N/A*  Model *N/A*

Is it financed? Yes ____ No ✓  If so, Total due: $ *N/A*

Monthly Payment: $ *N/A*

7.  Do you have a bank account?  Yes ____ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: *N/A*

Present balance(s): $ *N/A*

Do you own any cash?  Yes ____ No ✓  Amount: $ *N/A*

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ____ No ✓

*N/A*

8.  What are your monthly expenses?

Rent: $ *N/A*  Utilities: *N/A*

Food: $ *N/A*  Clothing: *N/A*

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| *N/A* | $ *N/A* | $ *N/A* |
| | $ | $ |
| | $ | $ |

9.  Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do <u>not</u> include account numbers.)

_____

_____

10.  Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?    Yes ____  No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

CV-07-03246-SBA (N.D. Cal 2007)

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

11-16-07                                   _____

DATE                                       SIGNATURE OF APPLICANT

Case Number: _CV-07-5580-SBA_

## CERTIFICATE OF FUNDS

### IN

### PRISONER'S ACCOUNT

     I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months

[prisoner name]

_____ where (s)he is confined.

[name of institution]

     I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.


Dated:_____                _____

[Authorized officer of the institution]

REPORT ID: TS3030  .701

CALIFORNIA DEPARTMENT OF CORRECTIONS
AVENAL STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUN. 01, 2007 THRU NOV. 30, 2007

ACCOUNT NUMBER : F48589              BED/CELL NUMBER: 350 2 00000034U
ACCOUNT NAME   : WALTON, CHARLES EVERETT     ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 06/01/2007 | | BEGINNING BALANCE | | | | | 153.66 |
| 06/05 | FC04 | DRAW-FAC 4 | | 4CD1604935 | | 90.00 | 63.66 |
| 06/12 | W516 | LEGAL COPY CH | 05055 LECO | | | 0.50 | 63.16 |
| 06/15 | W516 | LEGAL COPY CH | 605150LECO | | | 1.25 | 61.91 |
| 06/15 | W516 | LEGAL COPY CH | 605150LECO | | | 0.75 | 61.16 |
| 06/20 | W512 | LEGAL POSTAGE | 5218LEGPOS | | | 0.58 | 60.58 |
| 06/21 | W516 | LEGAL COPY CH | 605241LECO | | | 7.80 | 52.78 |
| 06/21 | W516 | LEGAL COPY CH | 605241LECO | | | 0.75 | 52.03 |
| 07/09 | W516 | LEGAL COPY CH | 700120LECO | | | 0.50 | 51.53 |
| 07/13 | *DD30 | CASH DEPOSIT | 0222/9573 | | 4.50 | | 56.03 |
| 07/18 | W516 | LEGAL COPY CH | 700292LECO | | | 1.20 | 54.83 |
| 07/18 | W516 | LEGAL COPY CH | 700292LECO | | | 0.50 | 54.33 |
| 07/18 | W516 | LEGAL COPY CH | 700292LECO | | | 15.00 | 39.33 |
| 07/18 | W516 | LEGAL COPY CH | 700292LECO | | | 2.00 | 37.33 |
| 07/19 | FC04 | DRAW-FAC 4 | | 4CD3700304 | | 34.53 | 2.80 |
| 07/26 | W516 | LEGAL COPY CH | 700430LECO | | | 2.80 | 0.00 |
| 08/23 | *DD30 | CASH DEPOSIT | 7008799718 | | 18.00 | | 18.00 |
| 08/24 | W516 | LEGAL COPY CH | 700909LECO | | | 6.20 | 11.80 |
| 08/24 | W512 | LEGAL POSTAGE | 700909LEPO | | | 0.75 | 11.05 |
| 08/24 | W512 | LEGAL POSTAGE | 700909LEPO | | | 0.75 | 10.30 |
| 09/06 | W512 | LEGAL POSTAGE | 701073LEPO | | | 1.14 | 9.16 |
| 09/06 | W512 | LEGAL POSTAGE | 701073LEPO | | | 1.14 | 8.02 |
| 09/06 | W512 | LEGAL POSTAGE | 701073LEPO | | | 0.80 | 7.22 |
| 09/06 | W512 | LEGAL POSTAGE | 701073LEPO | | | 1.99 | 5.23 |
| 09/06 | W516 | LEGAL COPY CH | 701073LECO | | | 0.50 | 4.73 |
| 09/06 | W516 | LEGAL COPY CH | 701073LECO | | | 0.50 | 4.23 |
| 10/15 | W512 | LEGAL POSTAGE | 701642LEPO | | | 0.41 | 3.82 |
| 10/22 | W512 | LEGAL POSTAGE | 701767LEPO | | | 0.41 | 3.41 |
| 10/22 | W512 | LEGAL POSTAGE | 701767LEPO | | | 0.41 | 3.00 |
| 10/22 | W512 | LEGAL POSTAGE | 701767LEPO | | | 0.41 | 2.59 |
| 10/22 | W512 | LEGAL POSTAGE | 701767LEPO | | | 0.41 | 2.18 |
| 10/22 | W512 | LEGAL POSTAGE | 701767LEPO | | | 0.41 | 1.77 |
| 10/26 | W512 | LEGAL POSTAGE | 701840LEPO | | | 0.41 | 1.36 |
| 11/01 | W516 | LEGAL COPY CH | 701907LECO | | | 1.36 | 0.00 |

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|-------------|-----------|-------------|---------|-------------|
| 11/07/2007 | H109 | LEGAL POSTAGE HOLD | 702032LEPO | 4.90 |
| 11/07/2007 | H109 | LEGAL POSTAGE HOLD | 702032LEPO | 1.31 |
| 11/15/2007 | H109 | LEGAL POSTAGE HOLD | 702174LEPO | 0.41 |



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 11-30-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE

REPORT ID: TS3030  .701                                   REPORT DATE: 11/30/07
                                                          PAGE NO:      2

                              AVENAL STATE PRISON
                          INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: JUN. 01, 2007 THRU NOV. 30, 2007

ACCT: F48589    ACCT NAME: WALTON, CHARLES EVERETT    ACCT TYPE: I


                           CURRENT HOLDS IN EFFECT

   DATE      HOLD
  PLACED     CODE         DESCRIPTION           COMMENT      HOLD AMOUNT
----------   ----   ----------------------------  ----------   -----------
11/15/2007   H109   LEGAL POSTAGE HOLD            702174LEPO        1.48
11/28/2007   H109   LEGAL POSTAGE HOLD            702350LEPO        4.60


                      * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 10/23/06              CASE NUMBER: *FCR231965
COUNTY CODE: *SOL                     FINE AMOUNT: $   2,708.78

   DATE    TRANS.   DESCRIPTION              TRANS. AMT.    BALANCE
--------   ------   -----------------------------  -----------   -----------

06/01/2007   BEGINNING BALANCE                                   2,516.78

07/13/07   DR30    REST DED-CASH DEPOSIT           5.00-    2,511.78
08/23/07   DR30    REST DED-CASH DEPOSIT          20.00-    2,491.78

     * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
     * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                       TRUST ACCOUNT SUMMARY

 BEGINNING     TOTAL       TOTAL      CURRENT      HOLDS     TRANSACTIONS
  BALANCE     DEPOSITS  WITHDRAWALS   BALANCE     BALANCE    TO BE POSTED
-------------  ----------  ----------  --------------  -----------  --------------
    153.66      22.50       176.16         0.00       12.70           0.00
-------------  ----------  ----------  --------------  -----------  --------------
-------------  ----------  ----------  --------------  -----------  --------------


                                          CURRENT
                                          AVAILABLE
                                          BALANCE
                                          --------------
                                                 12.70-
                                          --------------
                                          --------------

Chales Watten Fro58Y
CDCR-ASP
PO #30145
Avenal, Ca 93204

AVENAL STATE PRISON

BAKERSFIELD CA 931
MOJAVE DA
07 DEC 2007 PM 3 T

Confidential

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

LEGAL MAIL
DEC  7 2007
AVENAL STATE PRISON
MAILROOM

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES