December 13, 2007

Re: Confusions regarding inconsistencies of the stamp and format of the stamp used to date the filing of documents

**FILED**
DEC 1 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

C 07-3246-SBA
C-07-5580-SBA

Clerk of the Office

The last five or six documents filed in your office have not been the same.

Does your office use different stamps for different documents?

If so, could I be provided with an example of these stamps and their use?

Last I have no access to a computer, so I am unable to utilize the electronic filing system.

Could all electronic filing accounts be closed please.

Thank You, for Your Time and Consideration —

Walton F48589

2 of 2    Dec. 13 '07