IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WALTON,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES D. HARTLEY,<br><br>    Defendant._____/ | No. C 07-05580 SBA (PR)<br><br>**ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO FILE COPIES OF CERTIFICATE OF FUNDS AND PRISONER TRUST ACCOUNT STATEMENT** |

Plaintiff, a state prisoner, filed this pro se civil rights action under 42 U.S.C. § 1983. On that same date, the Clerk of the Court sent Plaintiff a notice directing him to pay the filing fee or to file a completed in forma pauperis (IFP) application. Plaintiff filed a completed IFP application and prisoner trust account statement; however, he did not file a copy of his Certificate of Funds.

Plaintiff has filed a request for an extension of time to file a copy of his Certificate of Funds. Having read and considered Plaintiff's request, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED. The time in which Plaintiff may file a copy of his Certificate of Funds will be extended up to and including **thirty (30) days** from the date of this Order.

**Failure to file a copy of his Certificate of Funds as ordered herein by the thirty-day deadline shall result in the dismissal of this action without prejudice.**

This Order terminates Docket no. 3.

IT IS SO ORDERED.

DATED: 1/16/08

SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\CR.07\Walton5580.EOT-IFP-certOFfunds.frm

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHARLES WALTON,            Case Number: CV07-05580 SBA

       Plaintiff,                 **CERTIFICATE OF SERVICE**

v.

// et al,

       Defendant.

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Charles Walton F48589
Avenal State Prison
P.O. Box 8
Avenal, CA 93204

Dated: January 17, 2008

                                   Richard W. Wieking, Clerk
                                   By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.07\Walton5580.EOT-IFP-certOFfunds.frm