1 of 18

FILED

2008 FEB 27 PM 2:35

CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

CHARLES WALTON, F48589
AVENAL STATE PRISON
P.O. BOX 8
AVENAL, CA 93204
pro se

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

CHARLES WALTON,
Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS and REHABILITATION, JAME D. HARTLEY, Warden (A) AVENAL STATE PRISON (ASP), et al,
Defendant(s).

Case No. CV-07-05580-SBA

MOTION FOR EXTENSION OF TIME OR ENLARGEMENT Pursuant F.R.Civ.P. 6(b) AND MOTION FOR COURT ORDERED INMATES CERTIFICATION OF FUNDS and TRUST ACCOUNT STATEMENTS

1. Per. F.R.C.P 6(b), plaintiff in the above entitled matter is a California State Prisoner, herein moves this Honorable Court for an Order of Extension of time to comply with February 17, 2008 Court Order to file Copies of Certification of Funds.

a. Plaintiff recieved the Courts Order January 23, 2008 (see exhibit 1a)

i. The "Mailbox Rule" - A prisoners, pro se, complaint is deemed filed on the date that is

-1-

PLAINTIFFS MOTION FOR Extension of Time OR Enlargement Pursuant F.R.C.P. 6(b) and MOTION FOR COURT ORDERED Inmates Certification of Funds and Trust Account Statements CV-07-05580-SBA

2 of 18

properly delivered to prison officials for mailing (rather than on the date it is actually recieved by the court; see Moose v. Tweeney (2004) 128 Cal. App. 4th 910 [16 Cal. Rptr. 3d 163]) ; nor can the plaintiff be said to be served by the Courts Orders until Prison Officials have forwarded Plaintiff his legal mail (see exhibit 1a).

ii. The "MailBox" rule is a well established practice and Tradition of The Federal Judicial System; Id., see Houston v. Lack (1998) 487 U.S. 266, 270 [108 S.Ct. 2379; 101 L.Ed. 2d 245]; Caldwell v. Amend (9th Cir. 1994) 30 F. 3d 1199, 1202; see also Houston v. Groves (9th Cir. 1990) 912 F. 2d 1158; Faile v. Upjohn (9th Cir. 1993) 988 F. 2d 985, 988; Kock v. Ricketts (9th Cir. 1995) 68 F. 3d 1191.

b. Plaintiff is a California State Prisoner and is wholly dependant on Prison Officials for everything; and is unable to do anything without The[m].

i. Plaintiff has made numerous request for Certified Trust Statements (see exhibits 2a, 2b, 2d, 2e, and 2f) and everytime has met continued resistance (see exhibit 2 et seq.).

ii. Defendants are able but refuse to comply with the State and U.S. Con. as well as [T]heir Cal. Code of Regs. Title Fifteen.

iii. CDCR's ASP Prison Officials and Personnel endevor to obstruct plaintiffs compliance (see exhibits 2a, 2b and 2c) with pending proceedings now before this Honorable Court, and continue to impede the due and proper administration of the law by willfully withholding documents plaintiff has been [O]rdered by this Honorable Court to provide.

2. Plaintiff has requested previously in Motions, the Court issue ASP an Order to provide Inmates with Certification of Funds and Trust Statements (see CV-07-03246-SBA, Motions filed therein and all referenced in Motions and Complaint).

3. Plaintiff is unable to afford counsel, and is requesting leave to proceed in Forma Pauperis; that application is pending with this Court.

4. Prison Officials at Avenal State Prison have blatantly obstructed Plaintiffs right of access to the courts; violating prisoners rights under 15 CCR Article 6 et seq., and of U.S. Con. 1st, 5th, 8th, 9th and 14th Amendments; by denying plaintiffs Certification of Funds (with [K]nowledge

-2-

Plaintiffs Motion for Extension of Time or Enlargement Pursuant F.R.C.P. 6(b) and Motion For Court Order Inmates Certification of Funds and Trust Account Statements CV-07-05580-SBA

3 of 18

Plaintiff's pending Court Deadlines; see exhibits 2a and 2b).

a. Defendants further endevored to obstruct justice of pending proceedings now before this Honorable Court by withholding request Documents and attempting to censor Plaintiff's petition/confidential correspondance (violating 15 CCR § 3141 et seq., see also Ex Parte Hull (1941) 312 U.S. 546 [61 S. Ct. 640; 85 L.Ed. 1034], in which The U.S. Supreme Court struck down the practice of Prison Officials filtering all petitions for writs of habeas corpus to weed out ones they didn't [like] or respect; "[W]hether a petition for writ of habeas corpus addressed to Federal Courts is properly drawn and what allegation it must contain are questions for that Court alone to determine.") with this Honorable Court.

5. The Defendants have caused Plaintiff to miss the filing deadline in acting intentionally as they did.

6. Wherefore, Plaintiff Prays that this Honorable Court will Grant this Motion for Extension and to Grant filing of this Motion per the "Mailbox" rule; and to issue an Order to Avenal State Prison Officials to provide Plaintiff with required Certification of Funds and Trust Account Statement, and an Order to comply with the Title Fifteen California Code of Regulations and CDCR's DOM.

Dated: February 22, 2008

Respectfully Submitted

By [signature]

CHARLES EVERETT WALTON Jr

CDC# F48589

pro se

-3-

Plaintiff's Motion for Extension of Time or Enlargement Pursuant F.R.C.P. 6(b) and Motion For Court Ordered Inmates Certification of Funds and Trust Account Statements CV-07-05580-SBA

see exhibit 1a

Envelope Stamped, Dated the day (1-23-08) forwarded to Plaintiff, with/containing Order for Certification of Funds and Trust Account Statement filed on 1-17-08. — see exhibit 1b

# EXHIBIT 1




OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST., SUITE 400S
OAKLAND, CA 94612-5212

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

350-2-33

Charles Walton F48589
Avenal State Prison
P.O. Box 8
Avenal, CA 93204

93204$0008 B001

1a

FILED
JAN 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES WALTON,

Plaintiff,

v.

JAMES D. HARTLEY,

Defendant.
_____________________________________/

No. C 07-05580 SBA (PR)

**ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO FILE COPIES OF CERTIFICATE OF FUNDS AND PRISONER TRUST ACCOUNT STATEMENT**

Plaintiff, a state prisoner, filed this pro se civil rights action under 42 U.S.C. § 1983. On that same date, the Clerk of the Court sent Plaintiff a notice directing him to pay the filing fee or to file a completed in forma pauperis (IFP) application. Plaintiff filed a completed IFP application and prisoner trust account statement; however, he did not file a copy of his Certificate of Funds.

Plaintiff has filed a request for an extension of time to file a copy of his Certificate of Funds. Having read and considered Plaintiff's request, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED. The time in which Plaintiff may file a copy of his Certificate of Funds will be extended up to and including **thirty (30) days** from the date of this Order.

**Failure to file a copy of his Certificate of Funds as ordered herein by the thirty-day deadline shall result in the dismissal of this action without prejudice.**

This Order terminates Docket no. 3.

IT IS SO ORDERED.

DATED: 1/16/08

Saundra B. Armstrong
SAUNDRA BROWN ARMSTRONG
United States District Judge

United States District Court
For the Northern District of California

7 of 18

2a – Denial of Plaintiff's request for Certified Trust Statement (1-24-08)
2b – " " " " " " " " (1-27-08)

*Note* Gabriela Resindez's request/response is a denial of Plaintiff's rights under the Ex Parte Hull and is an attempt to Censor a Prisoners petition to the Courts for relief of/from Prison Officials deprivations/violations of Inmate(s) US Constitutional Rights (see exhibit 2i for an Official Memorandum on policy and procedure concerning these requests also see exhibits 24 et seq for further illustrations of retaliations inmates suffer for practicing/exercising their Constitutional Rights), see exh. 2i

2c – Original Envelope containing In Forma Pauperis (CV-07-03286-SBA) that was returned for Insufficient Postage on 7-17-07

*NOTE* However it wasn't forwarded to Plaintiff till 8-6-07, see exhibit 4 at Jean Decl. and exh. 3 et seq.

2d – Plaintiff request for Certified Trust Statement dated 11-16-07
2e – " " " " " " " 11-27-07

*Note* Both statements inform Prison Officials of filing date see exh. 2h

2f – Plaintiff recieves Trust Statement from CC1 K. Bay (12-5-07) Late.

*Note* The "Statement" wasn't printed till 11-30-07, but Staff had Knowledge of request since 11-16-07. see exh 2d

2g – To further agravate K Bay didn't mail until 12-7-07

EXHIBIT 2

2h - Personal legal log to substantiate date I received Statement (12-5-07)
2i - Procedures Memorandum (9-17-07) clearly outlining procedures.

To: The Honorable Court I humblely request. Please make All reasonable inferences that can be made from what is provided, and forgive my presentation.

So if I have been overbearing, its cause I Need Relief. I live here 24/7, its like living in a Factory that never shuts down. I don't have the option to walk through. We come to SNY to make it Home alive

But, can I live LIFE without my Sanity?

EXHIBIT 2(I)

REPORT ID: TS3030 .701

REPORT DATE: 01/31/08

PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
AVENAL STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: AUG. 01, 2007 THRU JAN. 31, 2008

ACCOUNT NUMBER : F48589

BED/CELL NUMBER: 320 00000000080L

STATE OF CALIFORNIA
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

DATE: 1-24-08
TO: Trust Office
FROM (LAST NAME): Willis
CDC NUMBER: F48589

HOUSING: 320
BED NUMBER: 32L
WORK ASSIGNMENT: N/A

JOB NUMBER
FROM / TO

ASSIGNMENT HOURS
FROM / TO

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.): N/A

**Clearly state your reason for requesting this interview.**

You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Certified Trust Statement for Court Deadline 2-1-08

See exhibit 2i

Do NOT write below this line. If more space is required, write on back.

INTERVIEWED BY

DATE

DISPOSITION

We Need your Legal Paper work, along with this Request. Make Sure your Paper work is Complete when Submitting To the Trust office

| | | | | |
|---|---|---|---|---|
| 01/10/2008 | H109 | LEGAL POSTAGE HOLD | 703042LEPO | 1.99 |
| 01/14/2008 | H109 | LEGAL POSTAGE HOLD | 703103LEPO | 0.41 |
| 01/15/2008 | H109 | LEGAL POSTAGE HOLD | 703128LEPO | 0.41 |
| 01/23/2008 | H109 | LEGAL POSTAGE HOLD | 703240LEPO | 1.48 |
| 01/24/2008 | H109 | LEGAL POSTAGE HOLD | 703258LEPO | 2.50 |
| 01/29/2008 | H109 | LEGAL POSTAGE HOLD | 703324LEPO | 0.04 |

Uncertified Trust Statement

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 10/23/06
COUNTY CODE: *SOL

CASE NUMBER: *FCR231965
FINE AMOUNT: $ 2,708.78

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 08/01/2007 | | BEGINNING BALANCE | | 2,511.78 |

2a

10 of 18

REPORT ID: TS3030 .701

REPORT DATE: 01/31/08

PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS

AVENAL STATE PRISON

INMATE TRUST ACCOUNTING SYSTEM

INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: AUG. 01, 2007 THRU JAN. 31, 2008

ACCOUNT NUMBER : F48589

BED/CELL NUMBER: 320 00000000080L

ACCOUNT NAME : WALTON, CHARLES EVERETT

ACCOUNT TYPE: I

PRIVILEGE GROUP: A

STATE OF CALIFORNIA
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 1-27-08 | Trust Office Mrs. Boye | Walton | F48589 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER |
|---|---|---|---|
| 320 | 80L | N/A | FROM TO |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) N/A

ASSIGNMENT HOURS FROM TO

**Clearly state your reason for requesting this interview.**

You will be called in for interview in the near future if the matter cannot be handled by correspondence.

1) I have moved, as of 1-16-08 from 350 to 320; I requested a Certified Trust Statement (for a court deadline of 2-11-08) prior to this housing change.
2) I need a Certified Trust Account Statement by 2-11-08, for court deadline.
Thank You

Do NOT write below this line. If more space is required, write on back.

INTERVIEWED BY

DATE

see exh. 2i

DISPOSITION

We Need your Legal Paper work First, then we can make your Certified copy of your statement.

[initials]

| | | | | |
|---|---|---|---|---|
| 01/15/2008 | H109 | LEGAL POSTAGE HOLD | 703128LEPO | 0.41 |
| 01/23/2008 | H109 | LEGAL POSTAGE HOLD | 703240LEPO | 1.48 |
| 01/24/2008 | H109 | LEGAL POSTAGE HOLD | 703258LEPO | 2.50 |
| 01/29/2008 | H109 | LEGAL POSTAGE HOLD | 703324LEPO | 0.04 |

This is an Uncertified Trust Statement

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 10/23/06

CASE NUMBER: *FCR231965

COUNTY CODE: *SOL

FINE AMOUNT: $ 2,708.78

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 08/01/2007 | | BEGINNING BALANCE | | 2,511.78 |

2b



Case 4:07-cv-03246-SBA Document 4 Filed 08/14/2007 Page 11 of 11

This is the date ASP Officials returned it to Plaintiff. Well after the due date

This is the date returned from the Poste Office

2c

STATE OF CALIFORNIA
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 11-16-07 | Post Office Manager/Supervisor | Walton | F48589 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER FROM / TO |
|---|---|---|---|
| 350-2- | 34L | NA | |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS FROM / TO |
|---|---|
| NA | |

**Clearly state your reason for requesting this interview.**

You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Certified Trust Statement and Transaction history for last six months; court deadline for the first of next month.

[signature]

**Do NOT write below this line. If more space is required, write on back.**

INTERVIEWED BY

DATE

DISPOSITION

2d

STATE OF CALIFORNIA
GA-22 (9/92)

DEPARTMENT OF CORRECTIONS

# INMATE REQUEST FOR INTERVIEW

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 11-27-07 | Trust Office Sup. Man | Walton | F48589 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER |
|---|---|---|---|
| 350-2 | 340 | N/A | FROM TO |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) N/A

ASSIGNMENT HOURS FROM TO

**Clearly state your reason for requesting this interview.**

You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Certified Trust Statement For Form Pauper's application due on [illegible]

[illegible signature]

Do NOT write below this line. If more space is required, write on back.

INTERVIEWED BY

DATE

DISPOSITION

2e

REPORT ID: TS3030 .701 REPORT DATE: 11/30/07

PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
AVENAL STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUN. 01, 2007 THRU NOV. 30, 2007

ACCOUNT NUMBER : F48589 BED/CELL NUMBER: 350 2 00000034U
ACCOUNT NAME : WALTON, CHARLES EVERETT ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 06/01/2007 | | BEGINNING BALANCE | | | | | 153.66 |
| 06/05 | FC04 | DRAW-FAC 4 | 4CD1604935 | | | 90.00 | 63.66 |
| 06/12 | W516 | LEGAL COPY CH | 05055 LECO | | | 0.50 | 63.16 |
| 06/15 | W516 | LEGAL COPY CH | 605150LECO | | | 1.25 | 61.91 |
| 06/15 | W516 | LEGAL COPY CH | 605150LECO | | | 0.75 | 61.16 |
| 06/20 | W512 | LEGAL POSTAGE | 5218LEGPOS | | | 0.58 | 60.58 |
| 06/21 | W516 | LEGAL COPY CH | 605241LECO | | | 7.80 | 52.78 |
| 06/21 | W516 | LEGAL COPY CH | 605241LECO | | | 0.75 | 52.03 |
| 07/09 | W516 | LEGAL COPY CH | 700120LECO | | | 0.50 | 51.53 |
| 07/13* | DD30 | CASH DEPOSIT | 0222/9573 | | 4.50 | | 56.03 |
| 07/18 | W516 | LEGAL COPY CH | 700292LECO | | | 1.20 | 54.83 |
| 07/18 | W516 | LEGAL COPY CH | 700292LECO | | | 0.50 | 54.33 |
| 07/18 | W516 | LEGAL COPY CH | 700292LECO | | | 15.00 | 39.33 |
| 07/18 | W516 | LEGAL COPY CH | 700292LECO | | | 2.00 | 37.33 |
| 07/19 | FC04 | DRAW-FAC 4 | 4CD3700304 | | | 34.53 | 2.80 |
| 07/26 | W516 | LEGAL COPY CH | 700430LECO | | | 2.80 | 0.00 |
| 08/23* | DD30 | CASH DEPOSIT | 7008799718 | | 18.00 | | 18.00 |
| 08/24 | W516 | LEGAL COPY CH | 700909LECO | | | 6.20 | 11.80 |
| 08/24 | W512 | LEGAL POSTAGE | 700909LEPO | | | 0.75 | 11.05 |
| 08/24 | W512 | LEGAL POSTAGE | 700909LEPO | | | 0.75 | 10.30 |
| 09/06 | W512 | LEGAL POSTAGE | 701073LEPO | | | 1.14 | 9.16 |
| 09/06 | W512 | LEGAL POSTAGE | 701073LEPO | | | 1.14 | 8.02 |
| 09/06 | W512 | LEGAL POSTAGE | 701073LEPO | | | 0.80 | 7.22 |
| 09/06 | W512 | LEGAL POSTAGE | 701073LEPO | | | 1.99 | 5.23 |
| 09/06 | W516 | LEGAL COPY CH | 701073LECO | | | 0.50 | 4.73 |
| 09/06 | W516 | LEGAL COPY CH | 701073LECO | | | 0.50 | 4.23 |
| 10/15 | W512 | LEGAL POSTAGE | 701642LEPO | | | 0.41 | 3.82 |
| 10/22 | W512 | LEGAL POSTAGE | 701767LEPO | | | 0.41 | 3.41 |
| 10/22 | W512 | LEGAL POSTAGE | 701767LEPO | | | 0.41 | 3.00 |
| 10/22 | W512 | LEGAL POSTAGE | 701767LEPO | | | 0.41 | 2.59 |
| 10/22 | W512 | LEGAL POSTAGE | 701767LEPO | | | 0.41 | 2.18 |
| 10/22 | W512 | LEGAL POSTAGE | 701767LEPO | | | 0.41 | 1.77 |
| 10/26 | W512 | LEGAL POSTAGE | 701840LEPO | | | 0.41 | 1.36 |
| 11/01 | W516 | LEGAL COPY CH | 701907LECO | | | 1.36 | 0.00 |

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 11/07/2007 | H109 | LEGAL POSTAGE HOLD | 702032LEPO | 4.90 |
| 11/07/2007 | H109 | LEGAL POSTAGE HOLD | 702032LEPO | 1.31 |
| 11/15/2007 | H109 | LEGAL POSTAGE HOLD | 702174LEPO | 0.41 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 11-30-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

BAKERSFIELD CA 933
MOJAVE
07 DEC 2007 PM 3T
NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES
BUSINESS REPLY MAIL
FIRST-CLASS MAIL PERMIT NO. 12615 WASHINGTON DC
POSTAGE WILL BE PAID BY UNITED STATES COURTS
US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680
LEGAL MAIL
DEC 7 2007
AVENAL STATE PRISON
MAILROOM
AVENAL STATE PRISON
Confidential
Charles Walton F40587
CDCR-ASP
PO Box 8
Avenal, Ca 93204

E

16 of 18

11-20-07 < [© 11-19-07 (K)] dropped in box today >

~~11-21-07 Request for Certified Trust Statement (Specifically for 7-10-07 thru 8-1-07)~~

11-22-07 [illegible] (letter in response to [illegible] dated 8-10-07 >

11-23-07 [illegible]

11-24-07 Request for Law Library Ducat

11-25-07 Order Forms for Books and Packages

11-27-07 Received Ducat for Law Library

Drafted Motion for Enlargement of time

[illegible] for Certified Trust Statement [illegible]

[illegible] Certified Trust Statement for [illegible] Pauperis

11-29-07 Motion for Enlargement [illegible]

[illegible]

11-30-07 Received Complaint response [illegible]

12-1-07 Amended Complaint - State [illegible] Kathy * DONE

*NOTE* first draft amended complaint [illegible]

Gurewitz

~~[illegible]~~

Kelly, Lead Ombudsman *

12-3-07 * 602 Employee Misconduct sent to [illegible], Kelly, ~~[illegible]~~ and [illegible]

Mailed C of Motion for [illegible] to Judge Wendy [illegible]

12-4-07 ~~Received Certified Trust Statement and Mailed out~~ Received Law Lib. Ducat

Finished Response to Relyn Comer (cc: Robyn Comer, MS [illegible] and Walter [illegible])

12-5-07 Received Certified Trust Statement and Mailed-out Forma Pauperis

[illegible] the 12-1-07 received from [illegible]

2h

STATE OF CALIFORNIA – DEPARTMENT OF CORRECTIONS AND REHABILITATION ARNOLD SCHWARZENEGGER, GOVERNOR

# Memorandum

Date : April 17, 2007

To : All Correctional Counselors

Subject : **TRUST ACCOUNT STATEMENTS TO COURTS**

COURT FILING PROCESS AND PROCEDURE:

Process:

The process is to ensure that:

- The inmate does not have access to the original certified trust account statement.
- The inmate's legal documents and trust account statement arrive together at the court.
- The institution is not responsible for mailing the legal documents to the courts.

Procedure:

- The Trust Office will certify the amount of funds in the inmate's account on the required documents and will provide a certified Inmate Trust Account Statement. The Trust Office will then forward them to the institutions Litigation Coordinator's office.
- The Litigation Coordinator logs the documents in at his/her office and forwards them to the inmate's assigned Correctional Counselor. **It is imperative that the Correctional Counselor process this legal process, expeditiously. There should not be an unreasonable delay in returning the Trust Account Statement to the inmate.**
- The Correctional Counselor then has the inmate bring in his legal documents in an unsealed envelope addressed to the appropriate court.
- The Correctional Counselor inserts the certified forms in the envelope in the presence of the inmate; the inmate seals the envelope and it is processed out of the institution as Legal Mail.
- The inmate is provided with a non-certified copy of the trust records.

If you have any questions or concerns, please contact me at extension 6851.

R. NAVARRO
Litigation Coordinator
Avenal State Prison

# VERIFICATION

I am the Plaintiff in the above entitled cause of action/request, have read the statements herein/above, and declare under the Penalty of Perjury that the foregoing is True and Correct, per 28 USC §1746.

Executed on February 22, 2008 at Avenal State Prison of California in Kings County.

Respectfully Submitted

By [signature]
CHARLES EVERETT WALTON Jr
CDC# F48589
pro se



Charles Walton F-48589
Avenal State Prison
PO Box 8, 320-80L
Avenal, Ca 93204

AVENAL STATE PRISON

Office of The Clerk
U.S. N.D. Crt of Cal., Oak. Div.
1301 Clay Street, Suite 400s
Oakland, Ca 94612

Confidential

Confidential

Confidential

LEGAL MAIL
FEB 25 2008
AVENAL STATE PRISON
MAILROOM